

**Entered on Docket**
**September 14, 2009**

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**
_____

ANTHONY J. DELUCA, ESQ.
Nevada Bar No.: 006952
DELUCA & ASSOCIATES
5830 West Flamingo Road, Suite 233
Las Vegas, Nevada 89103
(702) 873-5386
Fax (702) 873-5903
anthony@deluca-associates.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Nevada**

| | |
|---|---|
| **In Re**: <br><br> Jay W Alsenz, III <br> Caroline Alsenz <br><br> **Debtor(s)** | Case No. 09-20247-MKN <br> Trustee: KATHLEEN A. LEAVITT <br><br> Chapter 13 <br><br> Hearing Date: 07/30/2009 <br> Hearing Time: 3:30 PM |

**Order Re: Motion To Value Collateral, "Strip Off", and Modify Rights of Countrywide Home Lending**

     This matter having come on for hearing on 07/30/2009 at 3:30 PM, attorney for Debtor(s) appearing on behalf of Debtors, proper notice having been given and no opposition being made to the Motion to Value Collateral, "Strip Off" and Modify Rights of Countrywide Home Lending on the real property located at 5433 Holmby Ave, Las Vegas, NV . The value of the Subject Property at the time of filing was $159500.00.

////

////

**IT IS THEREFORE ORDERED THAT Countrywide Home Lending**'s claim is " Stripped off" and shall be avoided pursuant 11 U.S.C. Section 506(a).

**IT IS FURTHER ORDERED THAT Countrywide Home Lending** shall retain their lien on the real property located at 5433 Holmby Ave, Las Vegas, NV subject property until such time as the Debtor(s) have completed payment of the Chapter 13 Plan and receive discharge. The mortgage claim shall be deemed as a wholly general unsecured claim to be paid pro rata with other general unsecured creditors through the Debtor's Plan.

DATED this 1st day of September 2009.

Submitted by:

/s/ ANTHONY J DELUCA

ANTHONY J. DELUCA, ESQ.
5830 West Flamingo Road, Suite 233
Las Vegas, Nevada 89103
Attorney for Debtor's

Approved as to Form and Content by:

KATHLEEN A. LEAVITT
CHAPTER 13 STANDING TRUSTEE

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

( ) The Court has waived the requirement of approval under LR 9021.

( ) No parties appeared or filed written objections and there is no trustee appointed in the case.

( x) I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below:

###